Thomas C. Hurrell, State Bar No. 119876
E-Mail: thurrell@hurrellcantrall.com
Melinda Cantrall, State Bar No. 198717
E-Mail: mcantrall@hurrellcantrall.com
Rittu Kumar, State Bar No. 221855
E-Mail: rkumar@hurrellcantrall.com
HURRELL CANTRALL LLP
660 South Figueroa Street, 21st Floor
Los Angeles, California 90017-3442
Telephone: (213) 426-2000
Facsimile: (213) 426-2020

Attorneys for ANGELA WALTON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| KIM L. JOHNSON and SUN MIN LEE,<br><br>    Plaintiffs,<br><br>  v.<br><br>COUNTY OF LOS ANGELES, BRIAN B. SCHLOSSER, ANGELA WALTON, MARK FLORES, MARIO ESTRADA, CRAIG NEWSOME, and DOES 1-10,<br><br>    Decedents. | CASE NO. CV 05-6699 SJO (JTLx)<br><br>**JUDGMENT OF DISMISSAL** |

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

On March 13, 2009, the United States Court of Appeals for the Ninth Circuit issued a ruling reversing the Court's judgment denying defendant ANGELA WALTON qualified immunity, remanding for dismissal of the action, and vacating the award of attorney's fees and expenses in favor of plaintiffs KIM L. JOHNSON and SUN MIN LEE.

///

///

Having now received the Mandate from the Court of Appeals, and appearing by reason of said Court's ruling that defendant ANGELA WALTON is entitled to a judgment of dismissal against plaintiffs KIM L. JOHNSON and SUN MIN LEE,

IT IS ORDERED, ADJUDGED AND DECREED that plaintiffs KIM L. JOHNSON and SUN MIN LEE shall take nothing from defendant ANGELA WALTON, and that a judgment of dismissal with prejudice is entered in favor of defendant ANGELA WALTON.  Additionally, trial costs incurred in the District Court shall be awarded to defendant WALTON as the prevailing party, as determined by the cost bill to be submitted by defendant, in the amount of _____.

IT IS SO ORDERED.

DATE: May 15, 2009 _____

*S. James Otero*

_____
UNITED STATES DISTRICT JUDGE